IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>       Plaintiff,<br><br>   V.<br><br>HEC PHARM CO., LTD., ET AL.,<br><br>       Defendants. | C.A. No. 20-133-JLH (Consolidated) |

**MOTION FOR TELECONFERENCE TO RESOLVE DISPUTES
REGARDING MOTION FOR LEAVE TO AMEND COMPLAINT**

Pursuant to the Court's procedures concerning motions for leave to amend the pleadings, Plaintiff Novartis Pharmaceuticals Corporation respectfully moves this Court to schedule a teleconference to address the following matters:

- Plaintiff Novartis Pharmaceuticals Corporation's motion for leave to amend the complaint.

The following attorneys, including at least one Delaware Counsel and at least one Lead Counsel per party, participated in a verbal meet-and-confer (by telephone) on these issues on February 26, 2025:

Delaware Counsel:

    Alexandra Joyce (For Plaintiff)

    Stamatios Stamoulis (For Defendants)

Lead Counsel:

    Jane M. Love, Ph.D. (For Plaintiff)

    Robert W. Trenchard (For Plaintiff)

ME1 52294082v.1

Emil N. Nachman (For Plaintiff)

Mieke Malmberg (For Defendants)

Alex Gasser (For Defendants)

The parties are available for a teleconference on the following dates: March 13, March 14, and March 17, 2025.

| | |
|---|---|
| Dated: February 28, 2025 | **MCCARTER & ENGLISH, LLP** |
| | */s/ Daniel M. Silver* |
| OF COUNSEL: | Daniel M. Silver (#4758) |
| | Alexandra M. Joyce (#6423) |
| Jane M. Love, Ph.D. | Renaissance Centre |
| Robert Trenchard | 405 N. King Street, 8th Floor |
| Sung Bin Lee | Wilmington, Delaware 19801 |
| Emil N. Nachman | (302) 984-6300 |
| Yi Zhang | *dsilver@mccarter.com* |
| **GIBSON, DUNN & CRUTCHER LLP** | *ajoyce@mccarter.com* |
| 200 Park Avenue | |
| New York, NY 10166 | *Attorneys for Plaintiff* |
| (212) 351-4000 | *Novartis Pharmaceuticals Corporation* |
| *JLove@gibsondunn.com* | |
| *RTrenchard@gibsondunn.com* | |
| *SLee3@gibsondunn.com* | |
| *ENachman@gibsondunn.com* | |
| *YZhang2@gibsondunn.com* | |

Andrew P. Blythe
**GIBSON, DUNN & CRUTCHER LLP**
3161 Michelson Drive
Irvine, CA 92612
(949) 451-3800
*ABlythe@gibsondunn.com*

NoahLani Litwinsella
**GIBSON, DUNN & CRUTCHER LLP**
1801 California St.
STE 4200
Denver, CO 80202
(303) 298-5715